1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11  KEITH WILLIAM SULLIVAN,                    Case No. 3:21-cv-00196-HDM-WGC

12                  Petitioner,                **ORDER**

13          v.

14  PERRY RUSSELL, et al.,

15                  Respondents.

16
17          Respondents having filed a motion for enlargement of time (first request) (ECF No. 9),

18  and good cause appearing;

19          IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first

20  request) (ECF No. 9) is **GRANTED**.  Respondents will have up to and including September 17,

21  2021, to file a response to the petition (ECF No. 7).

22          DATED: August 11, 2021

23                                                    _____

24                                                    HOWARD D. MCKIBBEN
                                                      United States District Judge
25
26
27
28