1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                         DISTRICT OF NEVADA
10
11   KEITH WILLIAM SULLIVAN,            Case No. 3:21-cv-00196-HDM-CSD
12              Petitioner,              **ORDER**
13        v.
14   PERRY RUSSELL, et al.,
15              Respondents.
16
17        This is a closed habeas corpus action under 28 U.S.C. § 2254.  On April 11, 2022, the
18   court entered an order granting respondents' motion to dismiss because petitioner had not
19   exhausted his state-court remedies.  ECF No. 21.  On April 12, 2022, the court received an
20   electronic notice of returned mail from the Northern Nevada Correctional Center, petitioner's
21   address of record, that petitioner now is housed at the Warm Springs Correctional Center.  ECF
22   No. 22.  The court will change petitioner's address and send him another copy of the order.  The
23   court reminds petitioner that under Local Rule IA 3-1 he must keep his address up to date
24   himself.  Otherwise, he risks missing important deadlines or the dismissal of this case.
25        IT THEREFORE IS ORDERED that the clerk of the court change petitioner's
26   electronic-service address to Warm Springs Correctional Center Law Library.
27   ///
28   ///

                                           1

1    IT FURTHER IS ORDERED that the clerk provide copies of this order and the order of April 11, 2022 (ECF No. 21) to petitioner in a manner consistent with the clerk's current practice, such as regeneration of notices of electronic filing to petitioner.

DATED: April 20, 2022

*Howard D. McKibben*
HOWARD D. MCKIBBEN
United States District Judge

2