# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH WILLIAM SULLIVAN,

                Petitioner,

v.

PERRY RUSSELL,

                Respondent.

Case No. 3:21-cv-00196-HDM-CSD

**ORDER**

Petitioner Keith William Sullivan commenced this federal habeas action on April 28, 2021, challenging his 2019 state-court convictions for grand larceny of an automobile and burglary. (ECF Nos. 1-1 at 10-13; 14-16.) On April 11, 2022, this Court found that Sullivan had not fairly presented his sole ground for relief to the state courts. (ECF No. 21.) In response, Sullivan moved for a stay. (ECF No. 24.) This Court granted the motion for a stay and administratively closed this matter on May 16, 2022. (ECF No. 26.) Respondents have now moved to vacate the stay and reopen these proceedings, explaining that Sullivan recently passed away. (ECF No. 32.) Concurrent with their motion, Respondents filed a Suggestion of Death. (ECF No. 33.) Based on these filings, the Court dismisses Sullivan's federal habeas petition as moot. *See McMann v. Richardson*, 397 U.S. 759, 760 n.1 (1970); *Stanley v. Ryan*, 716 F.3d 1272 (9th Cir. 2013).

It is therefore ordered that the motion to reopen (ECF No. 32) is granted.

It is further kindly ordered that the Clerk of the Court (1) reopen this matter and lift the stay, (2) dismiss the petition as moot, (3) enter judgment, and (4) reclose this case.

Dated this 12th day of March, 2026.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE